[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 09, 2007
THOMAS K. KAHN
CLERK

No. 07-10707
Non-Argument Calendar

D. C. Docket No. 03-20155-CV-PAS

SALVADOR MAGLUTA,

Plaintiff-Appellant,

versus

WARDEN, Federal Correctional Institution, et al.,

Defendants

KENNETH LEE, (Captain),
LT. RUBEN COLLADO,
LT. MARTIN RICABOLDI,
LT. EDUARDO SERRANO,
LT. JOHN DOES, 1-3,
MONICA WETZEL,
JANE DOE 1-2,

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Florida

**(November 9, 2007)**

Before TJOFLAT, ANDERSON and BARKETT, Circuit Judges.

PER CURIAM:

We affirm the district court's judgment, granted on appellees' motions to dismiss and for summary judgment. We find no merit in appellant's claims for the reasons stated in the district court's dispositive order of December 29, 2006.

AFFIRMED.